# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **PERFORMANCEPARTNERS, LLC,** | § | |
| **Plaintiff,** | § § § | |
| v. | § § | CAUSE NO. WA-23-CV-132-KC |
| **VERKADA, INC.,** | § § § | |
| **Defendant.** | § | |

## ORDER

On this day, the Court considered Plaintiff's Notice of Dismissal Without Prejudice of Verkada, Inc., ECF No. 8. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, the Court **ORDERS** that all of Plaintiff's claims in this case are **DISMISSED** without prejudice.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 26th day of April, 2023.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE